1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7
     ALEC SLOAT,
8                                                    No.  C11-1659RSL
                              Plaintiff,
9            v.                                      ORDER DENYING
                                                     PLAINTIFF'S MOTION
10    WILLIAM L. NIXON, *et al.*,                    FOR SANCTIONS
                              Defendants.
11

12          This matter comes before the Court on "Plaintiff's Motion for Sanctions Pursuant

13   to FRCP 56(h)" (Dkt. # 22).  The Court DENIES the motion.  The motion is patently

14   without merit and unworthy of further discussion.  Frankly, if not for the fact that

15   Defendants are entitled to their fees under RCW 4.28.185(5), the Court would strongly

16   consider *sua sponte* ordering Plaintiff's counsel to show cause why he should not be

17   sanctioned pursuant to Federal Rule of Civil Procedure 11(b)(1) for his frivolous and

18   harassing filing.

19

20          DATED this 6th day of July, 2012.

21
                                                     *MMrS Casnik*
22                                                   Robert S. Lasnik
                                                     United States District Judge
23

24

25

26
     ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS - 1